TRANSMISSION FORM

| | |
|---|---|
| District Court<br>NORTHERN OHIO, EASTERN DIVISION | District Court No.  5:12cv1699<br>USCA No.  **13-3021** |

CAPTION

1) CHARLES CAIN, et al.

PLAINTIFF -  __APPELLANTS__

v.

CHESAPEAKE EXPLORATION, L.L.C., et al.

DEFENDANT -  __Appellees__

CURRENT COUNSEL FOR PLAINTIFF
NAME:   John A. Murphy, Jr.
FIRM NAME: Day, Ketterer, Raley, Wright
             & Rybolt
ADDRESS:   Millennium Centre - Suite 300
           200 Market Avenue, N
           P.O. Box 24213
           Canton, OH.  44701-4213
TELEPHONE:   330-455-0173

CURRENT COUNSEL FOR DEFENDANT
NAME:   Clay K. Keller
FIRM NAME: Buckingham, Doolittle &
             Burroughs - Akron
ADDRESS:   3800 Embassy Parkway, Ste. 300
           P.O. Box 1500
           Akron, OH.  44333
TELEPHONE:   234-352-1631

If Habeas Corpus, Certificate of Appealability is:   ( ) granted    ( ) denied    ( ) pending

Criminal Defendant:  ( ) on bond     ( ) incarcerated     ( ) on probation

Fees:   District Court & USCA Fee Paid:    (X) yes    ( ) no    ( ) not required
        Pauper Status:           ( ) granted    ( ) denied    ( ) pending
        Affidavit of Financial Status Filed:    ( ) yes    ( ) no

Counsel:      ( ) appointed      (X) retained      ( ) pro se

District Court Judge:  __Adams__      Court Reporter:  __Lori Callahan__

Any hearing or trial   (X) yes    ( ) no      If yes, dates  __8/21/12__

FROM  __Shawn Harrigan__         DATE  __JANUARY 2, 2013__

---

USE WHEN TRANSMITTING ANYTHING AFTER NOTICE OF APPEAL HAS BEEN SENT TO USCA
Date Notice of Appeal sent to Court of Appeals_____
The new information sent at this transmittal is_____ and includes an updated copy of docket entries.

---

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of ___ volume(s) of pleadings, ___ volume(s) of transcript and ___volume(s) of depositions, which constitute the CERTIFIED RECORD ON APPEAL, this___ day of _____, **2013**. Clerk, GERI M. SMITH, U.S. District Court